904

No. 75–965. SENECA-CAYUGA TRIBE OF OKLAHOMA ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. ▇

No. 75–982. PARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▇

No. 75–984. SEARS *v.* DANN, COMMISSIONER OF PATENTS. C. A. 4th Cir. Certiorari denied.

No. 75–1011. SWEETON, CHIEF OF POLICE *v.* GENERAL CORP. Sup. Ct. Ala. Certiorari denied. ▇

No. 75–1086. HENICAN ET AL. *v.* EXCHANGE NATIONAL BANK OF CHICAGO. Sup. Ct. La. Certiorari denied.

No. 75–1095. BANKERS LIFE & CASUALTY Co. *v.* PALM BEACH BILTMORE, INC. C. A. 5th Cir. Certiorari denied.

No. 75–1098. PARK ET AL. *v.* LANSING SCHOOL DISTRICT ET AL. Ct. App. Mich. Certiorari denied. ▇

No. 75–1100. S. S. KRESGE Co. *v.* BAEZ. C. A. 5th Cir. Certiorari denied. ▇

No. 75–1101. MELNICK ET AL. *v.* McCLELLAN. C. A. 10th Cir. Certiorari denied.

No. 75–1113. HAHN *v.* SARGENT ET AL. C. A. 1st Cir. Certiorari denied. ▇

No. 75–1117. MISHKIN ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–1129. HFH, LTD., ET AL. *v.* SUPERIOR COURT OF LOS ANGELES COUNTY ET AL. Sup. Ct. Cal. Certiorari denied. ▇